IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS WAYLON BOYD,
ADC #153333                                                                                           PLAINTIFF

V.                              CASE NO. 5:19-cv-272-DPM-BD

KIM D. LUM, *et. al.*                                                                           DEFENDANTS

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommendation has been sent to Chief Judge D. P. Marshall Jr. Mr. Boyd may file written objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Boyd does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.

### II.  Discussion

Mr. Boyd is incarcerated in the Bowie County Correctional Center. He filed this civil rights lawsuit on August 20, 2019, complaining about various disciplinaries he received, but did not file an application to proceed *in forma pauperis* (IFP) or pay a filing fee. (Docket entry #1) Mr. Boyd was ordered to address the filing fee requirement by

submitting a completed IFP application or by paying the filing fee by September 23, 2019. (#2, #4)

Mr. Boyd has failed to comply with the Court's Orders, and the time for doing so has passed. The Court specifically cautioned Mr. Boyd that his claims could be dismissed if he failed to comply with the Court's Orders. (#2, #4)

### III.   Conclusion

Mr. Boyd's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's August 22, 2019 and September 17, 2019 Orders to address the filing fee.

DATED, this 5th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE