# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THOMAS WAYLON BOYD**
**ADC #153333**                                                   **PLAINTIFF**

v.                              No. 5:19-cv-272-DPM

**KIM D. LUM, Captain, Delta**
**Regional Unit; and KEVIN D.**
**RIDGELL, Sergeant, Delta**
**Regional Unit**                                                **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 8, and overrules Boyd's objections, № 9. FED. R. CIV. P. 72(b)(3). Magistrate Judge Deere instructed Boyd to pay the filing fee or file an application to proceed *in forma pauperis*. In response, Boyd argued that he should only be required to submit one *in forma pauperis* application for all his lawsuits. № 3. Magistrate Judge Deere notified Boyd that he must file a separate application for each lawsuit and again instructed him to do so. № 4. He hasn't. Boyd's complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2020