# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THOMAS WAYLON BOYD**
**ADC #153333**                                                      **PLAINTIFF**

v.                          No. 5:19-cv-272-DPM

**KIM D. LUM, Captain, Delta**
**Regional Unit; and KEVIN D.**
**RIDGELL, Sergeant, Delta**
**Regional Unit**                                                    **DEFENDANTS**

## JUDGMENT

Boyd's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2020